# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASA DE MONTE VISTA, LLC, JOSEPH LUISI, LISA LUISI, AND DOES 1-50 INCLUSIVE,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 5:23-cv-02019-DMG-SP<br><br>Assigned to the Honorable Judge Dolly M. Gee and Judge Sheri Pym<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION [43]** |

The Court, having considered the parties' **JOINT STIPULATION RE: DISMISSAL OF THE ACTION** (the "Stipulation"), and good cause appearing therefor, hereby APPROVES the Stipulation and ORDERS as follows:

///

///

///

///

///

- 1 -

**IT IS ORDERED** that the entire Action (including the Complaint and the Counterclaims) be dismissed with prejudice, and without costs assessed to any of the Parties and with the Parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
Dolly M. Gee
Chief United States District Judge